# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, C47370, <br>     Plaintiff, <br> v. <br> CMF, <br>     Defendant(s). | Case No. 17-cv-07039-CRB  (PR) <br><br> **ORDER OF TRANSFER** |

    Plaintiff, a state prisoner currently in the custody of the California Department of State Hospitals, has filed a pro se action under 42 U.S.C. § 1983 seeking to recover certain sums of monies from the California Medical Facility (CMF) in Vacaville. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named defendant resides or is located, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

    The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED**.

Dated: January 29, 2018

                                                                            CHARLES R. BREYER <br>
                                                                            United States District Judge